UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERION HOLMES,

    Defendant.
_____/

Case: 2:21-cr-20279
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 04-28-2021 At 01:40 PM
USA V SEALED MATTER (LG)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

On or about January 13, 2021, in the Eastern District of Michigan, the defendant, Erion Holmes, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—that is, a black Ingram, 9mm, Cobray M-11 submachine gun, which had previously traveled in and affected interstate commerce—in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby realleged for purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, Erion Holmes, shall forfeit to the United States any firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit

*s/ Jessica V. Currie*
JESSICA V. CURRIE
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9531
Jessica.Currie@usdoj.gov

Dated: April 28, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:21-cr-20279<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 04-28-2021 At 01:40 PM<br>USA V SEALED MATTER (LG) |

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** JVC |

**Case Title:** USA v. ERION HOLMES

**County where offense occurred:** WAYNE

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

___ Indictment/___ Information --- **no** prior complaint.
✓ Indictment/___ Information --- based upon prior complaint [Case number: 21-mj-30153 ]
___ Indictment/___ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 28, 2021
Date

Jessica V. Currie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 810-252-7546
Fax: 313-226-2372
E-Mail address: jessica.currie@usdoj.gov
Attorney Bar #: P74213

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.